IMCB-PWE

MEMORANDUM FOR RECORD

SUBJECT: Mold Concerns at Quarters 4447A

1. At or about 1300 hours on 4 Nov 2015 I met with the occupants of Quarters 4447A to assess their concerns for mold in their quarters.

2. Background: I was contacted by Mr. Phil Garito, DPW Housing office, on 3 Nov 2015 and asked if I could be present at a meeting with the Deputy Garrison Commander, DPW Housing Representatives, Campbell Crossing LLC Representatives, the occupants of Quarters 4447A and the occupant's military Chain of Command. I assured him I would be present and the meeting was later scheduled for 4 Nov 2015 at 1300 hours. Mr. Garito provided information to the effect that the occupant had registered a complaint with Campbell Crossing LLC about potential mold in the unit's HVAC system and believed that to be the root cause of his family's recent illness. Campbell Crossing LLC addressed the problem by providing temporary housing and having the HVAC system and supply ducting professionally cleaned. Following cleaning Frost Environmental conducted air sampling for mold inside and outside of the quarters with post cleaning readings of 650 inside and 33,000 spores/m3 outside; no pre-cleaning background readings were obtained.

3. At or about 1300 hours on 4 Nov 2015 I met with the building occupant, SPC Thompson, and all of the representatives noted above. Campbell Crossing LLC maintenance personnel opened the mechanical room (half closet) located between the kitchen and living room, inside the quarters. I inspected the closet and mechanicals and found evidence of ghosting staining, thermal tracking, sooting and electrostatic deposition. At the request of Ms. Thompson I inspected the cavity beneath the mechanicals and found additional sooting and electrostatic deposition. I looked at the air supply register, although there was no expectation of discovery as the ducting has recently been cleaned and the register was replaced, nothing notable was found. SPC Thompson presented a zip lock bag containing pieces of PCV pipe said to have been removed from the heat and air system. I observed material on one 90 degree ¾ inch PVC elbow that appeared to be mold. It was stated that the elbow came from the heat and air system drain pan. I did not find evidence of mold in any of the areas inspected except the item in the zip lock bag.

4. I attempted on a number of occasions to present information to SPC Thompson on what was being observed and how it was being determined and he was non-receptive to the point of not permitting me to communicate a thought. I tried to explain sooting and electrostatic deposition and how materials can accumulate in areas with consistent air flows to have an appearance of mold but on close examination it becomes clear they are not. I struggled to present the relevance of the results of the mold sampling that followed cleaning and how those results, despite not having background samples for comparison, indicate there is no current mold problem inside the home. I presented to SPC Thompson that approximately 85% of all mold is black in color but only a small fraction of that is termed toxic mold and the larger percentage is termed harmless mold. SPC Thompson repeatedly spoke to information he found on the internet and rejected or countered everything I tried to present. This happened to the point that the DGC explained to SPC Thompson that I was there to present the facts and information, not to argue the topic.

5. Ms. Thompson asked me what she should do about her furniture. I explained to her that from the standpoint of mold I had no concerns that there was a mold exposure, but, if she has continuing concerns she can clean and vacuum the surfaces. I also explained that in light of ongoing family medical issues she could ask her doctor for a referral through BACH Preventive Medicine to the Industrial Hygiene office for a complete indoor air quality check that does not specifically target mold.

6. The meeting ended at or about 1340 hours.

BRICKER.WAYNE.E.
1144569659

Digitally signed by BRICKER.WAYNE.E.1144569659
DN: c=US, o=U.S. Government, ou=DoD, ou=PKI,
ou=USA, cn=BRICKER.WAYNE.E.1144569659
Date: 2015.11.06 14:12:55 -06'00'

WAYNE BRICKER
TSCA Program Manager

**Goodlettsville Pediatrics, P.C.**
200 Gleaves Street, Suite A
Madison, TN 37115
Phone 615-851-7865 (R.U.O.K.) – Main Business Fax 615-851-7853
Medical Records Fax (888)599-5833
Referrals Fax 615-851-7820
www.goodpeds.com

| | | |
|---|---|---|
| *M. Catherine Dundon, M.D.* | *M. Heather Johnson, M.D.* | *Christine W. Hunley, M.D.* |
| *Dina H. Mishu, M.D.* | *Sara J. Patterson, M.D.* | *Mary Kathryn Oliver, CPNP* |
| *Patricia F. Robinson, M.D.* | *J. Scott Huitink, M.D.* | *Susan L. Algood, CPNP* |



10/20/2015    JOSHUA R THOMPSON                          THO2648960
              4447 ALFA BEERS ST
              CLARKSVILLE, TN 42223

To Whom It May Concern:

I have encouraged the family of Joshua Thompson to seek housing that is not
environmentally toxic. Based
upon photos presented to me, I have advised the family to use their chain of command and
involve state
authorities to seek an amicable outcome that does not place their health in harms' way.

Sincerely yours,

JONATHAN HUITINK, MD

SGS SGS?
SGS Environmental
??? Project Road Suite 5
Knoxville, TN 37923

# Report Summary

Friday November 13, 2015

Report Number: 1500793

Samples Received: 11/13/15

Client Project: TN CAMPBELL - 0444VA

The analytical results in this report are intended upon information supplied by you. The quality and ??? are ??? ??? ??? ??? If there have any questions regarding this report, please do not hesitate to call.

Entire Report Reviewed By:

Jason Kroner , ESC Representative

*Laboratory Certification Numbers*

A2LA = 1461-01 1460-02 NELAP = 1906019 KS = 14660 CT = E87876 OH = E8-0197,
FL = E87468, GA = 823, IL = C-TN01 TX = ??? N = T104704251 NC = 233,
NC = ENV375/ENV11704/DW04841, NM = ??? NV = T104702511 MO = 00123 ??? = ???,
SC = 84004, TN = 2006, VA = 00091 WV = 233, AK = ??? 
MN = 04?-999-393, LA = ??? MS = ??? ??? = ??? RI = ???
NY = 11501 02025-11, SM = ??? ??? ??? LA8 = ???, EPA = TNEVU2

This report may not be reproduced except in full ??? ??? of the laboratory. ??? ??? ??? ??? ??? ??? ??? ??? ??? ??? ??? ??? ??? ???



October 5th, 2015

Billy Holland
B&B Environmental

## MOLD / FUNGI CLEARANCE INSPECTION
## 4447-A BEERS STREET
## FORT CAMPBELL, KENTUCKY

Dear Mr. Holland:

On October 2nd, 2015 Frost Environmental Services, LLC (FES) performed a mold /fungi clearance inspection at the residence located at 4447-A Beers Street in Fort Campbell, Kentucky. Prior to the air sampling a visual inspection was performed where remediation had taken place. After passing a visual inspection, one air sample was collected inside the residence and one outside for comparison. Mold air samples were collected using Allergenco mold spore trap air samples. Samples are collected using a cassette with a grease plate that catches airborne particulates. Spore trap samplers cannot differentiate between viable (living) and non-viable (non-living) mold spores. Results of the samples are as follows:

The following are the results of the mold air samples:

| Location | Concentration | Predominant Mold Type |
|----------|---------------|------------------------|
| Outside | 33,000 | Cladosporium (15,000) |
| Kitchen | 650 | Cladosporium (520) |

Typically indoor mold spore counts should be less than and consistent to outside mold spore concentrations. Results indicated total indoor mold spore counts were less than outside concentrations and consisted of similar mold spore types, which indicates acceptable mold spore counts as compared to outside mold spore concentrations.

If you have any questions or comments, please do not hesitate to contact FES.

Sincerely,

*Gary W. Grisham*

Gary W. Grisham
Project Manager



# ESC
## LAB S·C·I·E·N·C·E·S
### YOUR LAB OF CHOICE

12065 Lebanon Rd.
Mt. Juliet, TN 37122
(615) 758-5858
1-800-767-5859
Fax (615) 758-5859

Tax I.D. 62-0814289

Est. 1970

---

Seth Frost
Frost Environmental
339 Rockland Road Suite E
Hendersonville, TN 37075

## Report Summary

Monday October 05, 2015

Report Number: L792111

Samples Received: 10/02/15

Client Project: 4447-A BEERS ST

The analytical results in this report are based upon information supplied by you, the client, and are for your exclusive use. If you have any questions regarding this data package, please do not hesitate to call.

Entire Report Reviewed By:

*Darren O. Reeder*

Darren Reeder , ESC Representative

### Laboratory Certification Numbers

A2LA - 1461-01, AIHA - 100789, AL - 40660, CA - 01157CA, CT - PH-0197,
FL - E87485/GA - 923, IN - C-TN-01, KY - 90010, KYUST - 0016,
NC - ENV375/DW21045, NJ - TN002, NJ NELAP - TN002,
SC - 84004/TN - 2006, VA - 460132, AZ - 0612,
MN - 047-999-395, NY - 11742, WI - TN000032011-1,
TX - T104704245-11-3, OK - 9915, PA - 68-02979, IA Lab #364, EPA - TN002

Accreditation is only applicable to the test methods specified on each scope of accreditation held by ESC Lab Sciences.

This report may not be reproduced, except in full, without written approval from ESC Lab Sciences. Where applicable, sampling conducted by ESC is performed per guidance provided in laboratory standard operating procedures: 060302, 060303, and 060304.

**ESC** L·A·B S·C·I·E·N·C·E·S
YOUR LAB OF CHOICE



12065 Lebanon Rd.
Mt. Juliet, TN 37122
(615) 758-5858
1-800-767-5859
Fax (615) 758-5859

Tax I.D. 62-0814289

Est. 1970

Seth Frost
Frost Environmental
339 Rockland Road Suite E
Hendersonville, TN 37075

# Non-Viable Spore Trap/Mold Report

ESC SOP# 350306
EMLAP/AIHA # 100789

October 05, 2015

| | |
|---|---|
| ESC Sample #: | L792111-01 | L792111-02 |
| Client Sample Id: | 01 | 02 |
| Location: | Outside | Kitchen |
| Project #: | 4447-A BEERS ST | 4447-A BEERS ST |
| Collect Date: | 10/02/15 | 10/02/15 |
| Receive Date: | 10/02/15 | 10/02/15 |
| Analyzed Date: | 10/02/15 | 10/02/15 |

| Parameter | Counts | Spores/m3 | % | Counts | Spores/m3 | % |
|---|---|---|---|---|---|---|
| Volume (liters) | 75 | | | 75 | | |
| Background Debris* | Heavy | | | Light | | |
| Analytic Sensitivity(spores/m3) | 53 | | | 13 | | |
| Alternaria | 17 | 230. | 1.0 | | | |
| Ascospores | 54 | 720. | 2.0 | | | |
| Aureobasidium | | | | | | |
| Basidiospores | 1110 | 15,000. | 46. | 2 | 27. | 4.0 |
| Bipolaris/Drechslera | | | | | | |
| Botrytis | | | | | | |
| Chaetomium | | | | | | |
| Cladosporium | 1160 | 15,000. | 47. | 39 | 520. | 80. |
| Curvularia | 2 | 27. | 0.0 | 2 | 27. | 4.0 |
| Epicoccum | 34 | 450. | 1.0 | | | |
| Fusarium | 2 | 27. | 0.0 | | | |
| Nigrospora | 5 | 67. | 0.0 | | | |
| Other Colorless | 1 | 13. | 0.0 | | | |
| Other Brown | 5 | 67. | 0.0 | 1 | 13. | 2.0 |
| Penicillium/Aspergillus | 18 | 240. | 0.0 | 3 | 40. | 6.0 |
| Rusts | | | | | | |
| Smuts,Myxomycetes,Periconia | 12 | 160. | 0.0 | 2 | 27. | 4.0 |
| Stachybotrys chartarum | | | | | | |
| Stemphylium | | | | | | |
| Torula | | | | | | |
| Ulocladium | | | | | | |
| Zygomycetes | | | | | | |
| Other: | | | | | | |
| Cercospora | | | | | | |
| Pithomyces | | | | | | |
| Polythrincium | | | | | | |
| Pestalotiopsis | | | | | | |
| Spoidemium | | | | | | |
| Total Spores/m3 | | 33,000. | | | 650 | |

*Background debris is an indication of amount of non-fungal biological particulate matter present on the sample and is characterized as very light, light, moderate, heavy or very heavy. Heavy background debris may reduce readability so that spore counts should be considered minimal. Analytic sensitivity is the lowest concentration that can be detected by the method calculated to reporting units. The calculation is based on the air volume and percent of slide read. Blank corrections have not been applied. This report shall not be reproduced, except in full, without the written approval from ESC. L792111-01 (STL) - 25% of the trace was read for the most predominant spore types.