

Jason Thompson <1976.thompson@gmail.com>

## Thompson contact info
2 messages

**Jason Thompson** <1976.thompson@gmail.com>  Sat, Oct 31, 2015 at 5:12 PM
To: ecafasso@winnco.com

This is my phone number 931-220-3621, fell free to call me whenever you can.

Gmail

---

**Cafasso, Ed** <ecafasso@winnco.com>  Sun, Nov 1, 2015 at 7:14 AM
To: Jason Thompson <1976.thompson@gmail.com>

Thank you, Specialist Thompson.

My understanding is that a focused effort is underway to address your concerns. I hope you feel are doing all we can to respond to your needs and your family's needs.

I would appreciate it if you could delete your Facebook post.

Thank you,

Ed Cafasso | WinnCompanies
Senior Vice President, Communications

O (617) 239-4515 | M (617) 455-9651
Six Faneuil Hall Marketplace, Boston, MA 02109
ecafasso@winnco.com

www.winncompanies.com
[Quoted text hidden]