

# Residential Lease Agreement

This Residential Lease Agreement ("Agreement" or "Lease") is between <u>Jason Thompson</u> (the senior ranking service member to be residing in the home hereinafter referred to as "Resident") and Campbell Crossing LLC ("Landlord"). Landlord hereby leases <u>4447 Beers St #A</u> (the "Premises") at Fort Campbell, KY (the "Installation") to the Resident, for the term specified below and subject to the provisions of the Agreement.

## 1. TERM OF OCCUPANCY
The term commences <u>March 27</u>, 20<u>15</u> and shall continue for a period of twelve complete calendar months and shall thereafter continue on a month-to-month basis until terminated by Resident, **by giving at least thirty (30) days' written notice to Landlord, or by Landlord, by giving at least thirty (30) days' written notice to Resident. Resident acknowledges he/she has specifically reviewed and approved this automatic renewal provision.** _____ (INITIAL) It is mutually agreed upon that the primary Resident/ leaseholder is the military service member and as such has the right to terminate this Agreement if he/she retires, is released from active duty or pursuant to permanent change of station (PCS) orders or deployment orders of at least 90 days at any time by so notifying Landlord and including with such notice a copy of his/her official orders not less than thirty (30) days before such termination date unless notification of not less than thirty (30) days cannot be made, at no fault of Resident (i.e., short notice assignment) in which case Resident shall provide Landlord with a copy of his/her official orders within three business days of receipt of orders. In addition, if at any time Resident becomes ineligible or unqualified to reside in military family housing under applicable rules or regulations, to include becoming separated or divorced from the spouse, this Agreement may be terminated by Landlord upon thirty (30) days prior written notice to Resident. This Lease is for the benefit of Resident only. Resident agrees and acknowledges that this Agreement is entered only between the Landlord and the Resident military service member. The Resident military service member's failure to reside on the premises for reasons unrelated to their military service shall constitute a breach of this Agreement for which the Landlord may initiate an eviction action against the Resident military service member and/or any occupants of the premises. Resident agrees and acknowledges that Resident's right to occupy the Premises is expressly conditioned upon his/her continued active duty military service and assignment or attachment for duty to this Installation or another military installation within a 50 mile radius.

Spouse: <u>Michaela Thompson</u>
Is the spouse in the Military? YES ☐   NO ☑
Names of other authorized occupants:
<u>Morgan Thompson, Baby Thompson</u>

## 2. AUTHORIZED OCCUPANTS
Resident acknowledges that the Premises is a single-family dwelling and will be used for occupancy by one family only. Resident agrees that only Resident and the following family members of Resident are authorized to reside in the Premises.

No persons other than those identified in this Agreement are authorized to reside in the Premises. Resident shall promptly notify Landlord of any changes in the number or status of family members in the premises. Unauthorized tenants shall constitute a breach of this agreement and be grounds for an eviction action at the election of the Landlord.

**Resident agrees and acknowledges that this Agreement is entered only between the Landlord and the Resident military service member. The Resident military service member's failure to reside on the premises for reasons unrelated to their military service shall constitute a breach of this Agreement for which the Landlord may initiate an eviction action against the Resident military service member and/or any occupants of the premises.**

## 3. RENT

The monthly rent shall be equal to:

[✓] Resident's Basic Allowance for Housing ("BAH") at the "With Dependents" rate of the highest ranking military member residing in the Premises.

[ ] $ _____ **per month for the term of this lease.**

Payment is due on the first day of the month for the previous month's rent (payment in arrears). Payment shall be made by payroll allotment/deduction from Resident's pay account to Landlord. The allotment shall be increased/decreased when increases/decreases occur to the BAH at the "With Dependents" rate of the highest ranking military member residing in the Premises other than general increases or decreases that affect all service members in the applicable service branch. If Resident's spouse is also an active duty military member, Resident shall promptly notify Landlord if his/her spouse becomes the highest ranking military member residing in the Premises. The BAH is based on the zip code of the service member's duty assignment, and the BAH of the individual service member may differ from the installation where the member seeks housing. If the rent at the installation where the Resident seeks housing is different from the applicable duty station BAH, Resident understands the difference and, by signing this Agreement, acknowledges his/her acceptance of such difference (and obligation to pay such difference if the rent at the installation where the Resident seeks housing is higher). If Resident does not qualify for BAH at the "with dependent" rate for any reason, Resident shall pay Landlord on the first day of each month the applicable difference in rent.

Failure to pay rent on or before the due date constitutes a default under this Agreement. If any rental payment is not received within five (5) days from the due date, Resident agrees to pay an administrative charge of thirty dollars **($30.00)**, for each month an amount is past due. Resident also agrees to pay an additional charge of thirty-five Dollars **($35.00)** for each check returned or electronic draft refused, returned or unpaid. All such administrative and additional charges shall be due by first day of the next calendar month, unless this Agreement has been terminated or expired, in which case such administrative charges shall be due to Landlord immediately upon move-out.

(a) By signing this Agreement, Resident hereby gives authorization to Landlord to maintain the allotment from Resident's pay equal to the amount of Resident's rent.

(b) Rent for any partial month shall be prorated. The prorated portion of the first month's rent **($0.00)** is due upon commencement of this Agreement for the number of days

Campbell Crossing LLC Residential Lease Agreement
Building 850 Georgia Avenue, Fort Campbell, KY 42223     Telephone: 931.431.9003     www.campbellcrossingllc.com

2

the Resident has possession of the Unit during the move-in month. Payments of prorated rent shall be made by certified funds (certified bank check, cashier's check, money order) or debit/credit card. Rent for the first full month ($ 166.80        ) will be paid by allotment on the first day of the following month. All subsequent payments for monthly rent will be paid by BAH allotment and shall be payable on the first day of the following month.

(c) After the end of the term of occupancy and move-out, Landlord shall issue any refund due, less any monies owed to Landlord, within fifteen (15) business days after receipt of the BAH allotment. Any money (other than rent) due to Landlord must be paid at time of termination or expiration. In Resident's absence, Resident's designated representative may sign this Agreement and initiate or modify BAH allotments upon presentation to Landlord of a duly notarized Special Power of Attorney.

(d) Resident's failure to pay rent on time or stopping BAH allotment may result in eviction from the Premises.

(e) In the event Resident(s) have a balance due upon move-out, allotment shall continue until the balance is paid in full.

(f) **The Resident hereby expressly waives their right to notice under the Uniform Residential Landlord Tenant Act for failure to pay rent. The Resident further agrees that he will be responsible for reasonable and necessary costs and attorney fees resulting from his failure to pay rent.**

## 4. UTILITIES

Landlord shall provide Resident with the following services: electricity, gas, water, sewer and refuse collection. Resident shall be responsible for arranging and paying for his/her own cable, telephone and data communications, and all other services not specifically provided by Landlord.

(a) Landlord reserves the right to change Resident's or Landlord's respective responsibilities for payment of utilities and services pursuant to this Agreement by giving Resident a reasonable notice of at least 30 days prior to implementation of the changes.

(b) Notwithstanding the foregoing notification provision, the installation-wide implementation of the Department of the Army Utility Allowance program may require that Resident be responsible for the payment of a certain amount of some or all utilities and/or services servicing the Premises. In addition, if and when the Premises is separately metered with respect to electricity and gas usage, a utility allowance, determined by typical usage based on unit type and identified as a portion of Resident's BAH, may be determined by Landlord and Resident shall be responsible for electricity and gas costs that are in excess of such utility allowance. Payment of such costs shall be deemed additional rent hereunder and will be due within five (5) days after being invoiced to Resident. Further information regarding the Department of the Army Utility Allowance will be provided to Resident upon Resident's written request. Failure to pay utility bill may result in termination of lease agreement and/or eviction. Further, in the event Resident fails to pay for any utilities provided to the Premises, Resident's allotment shall be increased to compensate Landlord for any additional costs incurred as a result thereof.

## 5. PROPERTY AND LIABILITY RENTERS INSURANCE

Landlord shall not be liable to Resident, other occupants of the Premises or any guests or persons who are on the Premises for any damages, injuries or losses to person or property except to the extent such damage or injury arises from the acts or omissions of Landlord or its agents, servants or employees. Resident acknowledges that neither Landlord nor the Government has any liability whatsoever for any loss or damage to Resident's personal property or leasehold improvements. Resident shall be liable for all damages to the Premises arising from the fault or neglect of Resident, other occupants, and guests, other persons who might be on the Premises or pets other than ordinary wear and tear.

Resident acknowledges that Landlord is not providing any renters insurance in connection with this Lease. Resident is encouraged to obtain renter's insurance at Resident's cost. Resident acknowledges that Landlord is not responsible for the performance by any insurance carrier under any policy of insurance, including any payment for Resident's losses. Resident also acknowledges Landlord is not responsible for Resident losses resulting from flood, earthquakes, natural disasters, power failures, fire or any other cause where Landlord was neither negligent nor the proximate cause of Resident's loss.

Landlord shall not be liable to Resident, Resident's family members, guests, or invitees for any damages, injuries or losses to person or property caused by crime, vandalism, fire, smoke, pollution (including second hand smoke), water, lightning, rain, flood, water leaks, hail, ice, snow, explosion, interruption of utilities, electrical shock, defect in any contents of the Premises, latent defect in the Premises, latent defect in the building or adjacent areas, acts of nature, other unexplained phenomena or casualties, acts of other residents, or any other event not caused by the negligence of Landlord or its agents, or their respective employees or representatives, acting in the course and scope of employment. Resident expressly acknowledges that Landlord has made no representations, agreements, promises, or warranties regarding security of the Premises or surrounding community. Landlord does not guarantee, warrant or assure Resident's personal security.

## 6. CONDITION OF PREMISES

Resident and Landlord agree that, prior to beginning occupancy of the Premises; they will conduct a joint inspection of the Premises. Resident hereby acknowledges that, except as set forth in the Move-In/Move-Out Inspection Form, the Premises were delivered to Resident in good order and repair and in a safe, clean and habitable condition. Resident further acknowledges its responsibility for maintaining the cleanliness of the Premises and that damage to the Premises which (i) are not described on the Move-In/Move-Out Inspection Form as existing prior to Resident's occupancy or (ii) exceed reasonable wear and tear, are subject to being repaired by Landlord at Resident's expense.

Landlord and Resident shall conduct an exit walk through inspection of the Premises upon the termination of this Agreement. Using the Move-In/Move-Out Inspection Form that was used to record the condition of the Premises at the inception of this Agreement, Landlord shall itemize any damages to or deficiencies in the condition of the Premises which exceed normal wear and tear. Landlord shall provide Resident with a copy of the Move-In/Move-Out Inspection Form. Resident shall provide Landlord with Resident's forwarding address to facilitate any further necessary communication between the parties, including the payment of any refunds owed Resident by Landlord (if applicable). Landlord will provide Resident with an itemized statement that clearly describes any damages caused by Resident's noncompliance with provisions of this Agreement and the charges imposed by Landlord to repair the damage or otherwise correct the deficiencies caused by Resident's non-compliance with this Agreement and the Resident Guide.

After the termination of this Agreement in accordance with its terms, any refund of rent due Resident by Landlord, less any amount owed to Landlord by Resident for damages or other charges under this Agreement or the Resident Guide, will be paid within fifteen (15) days after Landlord's receipt of Resident's final payment of rent owed pursuant to this Agreement. Amounts owed Landlord by Resident which are not paid within 30 days of the date due are subject to being submitted to a collection agency by Landlord for collection.

## 7. RESIDENT GUIDE - RULES AND REGULATIONS

Residents are responsible for the conduct of their family members and guests. In addition to this Agreement, Resident, all Authorized Occupants and all guests of Resident shall also comply with, and shall be subject to, the terms of the Resident Guide (including any modifications or changes thereto which may be made by Landlord from time to time). The Resident Guide is hereby incorporated into this Agreement by this reference. Any modifications or changes to the Resident Guide shall be effective after thirty (30) day notice is given by publication of such modifications or changes [or by publication on Landlord's website].

By signature(s), Resident acknowledges access to a copy of the Resident Guide on the Landlord's website or receipt of a current paper copy of the Resident Guide upon request and agrees to comply with, and be subject to, its terms. Failure of Resident to take corrective actions when notified of violations by Landlord may result in a monetary penalty. Violation of the terms of the Resident Guide by Resident, family members, and/or guests may result in fines or the termination of this Agreement by Landlord and, if necessary, eviction. Resident will be responsible for all costs associated with an eviction to include associated court and legal fees. Resident acknowledges they have access to and are encouraged to review the safety information in the Resident Guide and have viewed a safety video prior to occupancy.

## 8. PROHIBITED CONDUCT

In addition to the rules and regulations outlined in the Resident Guide, Resident agrees as follows:

(a) Resident shall not possess, store, use or otherwise permit anyone to possess or sell illegal materials or substances on the Premises, including but not limited to illegal weapons, explosives or chemicals with which illegal drugs or explosives may be produced. Possession of such contraband or illegal items constitutes a breach of this Agreement by Resident and may, at the option of Landlord, result in immediate termination of this Agreement and, if necessary eviction.

(b) Resident shall not permit unlicensed gambling on the Premises, or install, operate, or permit to be installed or operated, any device which is illegal, or use or permit the Premises to be used for any illegal business or purpose, or, sell or commercially store or dispense or permit the sale, or commercial storage or dispensing of beer or other intoxicating liquors on the Premises, without the prior written permission of Landlord.

(c) Resident shall not keep or have or allow any other person to keep or have on the Premises any article, liquids, chemicals or thing of a dangerous, inflammable or explosive nature that might unreasonably increase the danger of fire, explosion, or cause physical illness, or that might be considered hazardous or extra hazardous by federal, state or county fire/safety officials or under the provisions of any applicable insurance policy affecting the Premises. Should Resident or any other person keep or have any such materials on the Premises, Resident shall be financially responsible for any injury and/or damages resulting therefrom. Failure of Resident to remove said materials upon written request of Landlord may, at the option of Landlord, result in termination of this Agreement and, if necessary, eviction.

(d) Resident shall not allow activities that would constitute a nuisance.

## 9. USE AND QUIET ENJOYMENT
Subject to the terms of this Agreement and the Resident Guide, Resident shall be entitled to enjoy the use of the Premises provided that such use does not disturb other residents, create a public nuisance or result in any other violation of this Agreement or the Resident Guide.

## 10. ASSIGNMENT AND SUBLETTING
No assignments of this Agreement nor subleases, licenses or concessions of the Premises are permitted without the prior written consent of Landlord in its sole and absolute discretion. Any such assignments, subleases, licenses or concessions made without the prior written consent of Landlord shall be void and of no force and shall constitute a breach of this Agreement by Resident and subject Resident to termination of this Agreement, and if applicable, eviction and/or claims by Landlord for monetary damages.

## 11. LEASE CANCELLATION
Except as provided in paragraph 1 above, if Resident terminates this Agreement prematurely Resident shall pay Landlord an Early Termination Fee in accordance with the Cash Settlement Addendum to this Agreement. Resident and Landlord agree that the damage to Landlord would be difficult to determine and agree the Early Termination Fee is a fair estimate of Landlord's costs and damages resulting from such an early termination of the Agreement. Except as provided in paragraph 1 above, Resident shall give Landlord a minimum of thirty (30) days written notice. Subject to the other provisions of this Agreement, in the event of a breach of any provision of this Agreement, the non-breaching party shall be entitled-to reasonable attorney fees, costs and expenses incurred for the enforcement of said provisions, in addition to damages for the breach thereof. The remedies set forth in the Agreement shall be cumulative, and no one shall be construed as exclusive of any other or of any remedy provided by law, and the failure or delay of any party to exercise any remedy at any; time, shall not operate as a waiver of the right of such party to exercise any remedy for the same or subsequent default at any time thereafter. If Landlord removes Resident's goods or effects, Landlord shall comply with all applicable laws, and shall exercise due care in handling of such goods to the fullest practical extent under the circumstances, but any such removal by Landlord in accordance with this Agreement or a court order or state law shall not render Landlord liable for any loss or damage to such goods or effects.

## 12. EVICTION

Landlord may terminate this Agreement and, if necessary, evict Resident for Resident's failure to pay rent or for one or more other violations by Resident of this Agreement or the Resident Guide. **Subject to the other provisions of this Agreement, in the event of a breach of any provision of this Agreement, the non-breaching party shall be entitled to reasonable attorney fees, costs and expenses incurred for the enforcement of said provisions, in addition to damages for the breach thereof. The remedies set forth in the Agreement shall be cumulative, and no one shall be construed as exclusive of any other or of any remedy provided by law, and the failure or delay of any party to exercise any remedy at any; time, shall not operate as a waiver of the right of such party to exercise any remedy for the same or subsequent default at any time thereafter. Resident further waives all rights to notice of any action except those expressly set forth in the applicable Uniform Residential Landlord Tenant Act.**

## 13. HOLDOVER

If Resident remains in possession of the Premises after the termination of this Agreement, Resident shall be deemed to be in breach of this Agreement and Landlord may, if necessary, evict Resident. Resident shall be responsible for rent for each day of the holdover by Resident in an amount equal to twice the per diem amount of the rental payable hereunder during the term of this Agreement.

## 14. ABANDONMENT OF PREMISES

If Resident abandons the Premises, Landlord will be free to retake possession of the Premises without need for an eviction proceeding.

Nothing contained in this paragraph herein shall limit the obligations of the Resident under this Agreement. Resident shall notify Landlord of any anticipated extended absence from the residence in excess of seven (7) days. Resident shall provide said notice to Landlord no later than the first day of the extended absence.

Any personal property left in the Premises after Resident has vacated, has been evicted or has terminated this Agreement is considered abandoned. If Landlord determines the personal property to be of value, Landlord will mail a notice to Resident at Resident's forwarding address. If Landlord does not receive a response and/or the abandoned property is not claimed within fourteen (14) days, Landlord has the unilateral right to dispose or sell the property after the property has been stored for a minimum of 30 days.

## 15. SEVERABILITY

If any provision or clause of this Agreement is held invalid by a court of law of applicable jurisdiction, such invalidity shall not affect other provisions or applications of this Agreement that can be given effect without the invalid provision and to this end the provisions of this Agreement are declared to be severable.

## 16. MODIFICATION

Any modification to the terms and conditions of this Agreement to be effective must be executed in writing and signed and dated by the parties.

## 17. CONFLICTS
The terms of this Agreement shall take precedence over any conflicting terms between this Agreement and the Resident Guide.

## 18. CASUALTY
Resident may terminate this Agreement if the Premises shall become uninhabitable as determined by a competent government authority because of fire, condemnation or other casualty that is not the result of Resident's negligence, Resident's willful acts or omissions or the negligence or willful acts or omissions of Resident's family members, guests, or invitees. The rent shall cease during any such period of inhabitability which is the result of fire, condemnation or other casualty that is not the result of Resident's negligence, Resident's willful acts or omissions or the negligence or willful acts or omissions of Resident's family members, guests, or invitees. However, in the event of a fire, condemnation or other casualty as determined by a competent government authority, which renders the Premises uninhabitable, Landlord shall have the option to terminate this Agreement upon fourteen (14) days prior notice to Resident. There shall be no cessation of rent if damage to the Premises is the result of the negligence or willful acts or omissions of Resident, or Resident's family members, guests, or invitees. **The Resident hereby expressly waives their right to notice under the Uniform Residential Landlord Tenant Act for failure to pay rent. The Resident further agrees that he will be responsible for reasonable and necessary costs and attorney fees resulting from his failure to pay rent.**

## 19. ACCESS DURING OCCUPANCY
Landlord or anyone allowed by Landlord, including but not limited to a licensed exterminator for the purpose of pest control, may enter the Premises during the hours of 8:00 a.m. - 5:00 p.m., Monday through Saturday, after giving Resident forty-eight (48) hours advance notice, unless said notice is impracticable under the circumstances due to an emergency. If there is an emergency, Landlord may enter the Premises without giving Resident advance notice.

If property appears abandoned, the Landlord shall post notice at the rental premises and shall also send the notice via regular mail giving the Resident 10 days to respond to Landlord. If Resident fails to respond, Landlord will enter the premises and take possession of property.

## 20. KEYS and LOCKS
Resident hereby acknowledges receipt of _2_ house keys, _0_ mail box keys and _1_ remote garage door openers for the Premises. Resident shall return all keys and garage door openers (if applicable) for the Premises to Landlord at time of move-out. Locks may not be changed or added without the written permission of Landlord. Requests to install chain locks, flip locks, barrel bolts, surface bolts or other types of security door guards are generally allowed, but requests must be submitted in writing to Landlord and approved in advance. Residents will be charged for each lost key, for lock changes and/or for each lost or damaged remote garage door opener.

## 21. REPAIRS
Residents shall make no repairs to the Premises other than those as prescribed in the Resident Guide, without the written approval of Landlord. Resident shall immediately notify Landlord of any damages. Resident shall be financially responsible for all damages, other than normal wear

and tear, to the Premises. In this context, normal wear and tear shall mean physical deterioration which occurs in the normal, prudent use for which the Premises were intended, without negligence, carelessness, accident or intentional or wanton abuse of the Premises by Resident, other occupants, guests or other persons, or their pets.

## 22. ALTERATIONS

Resident shall make no alterations to the Premises, the building or any adjacent areas, incur any debt or make any charges against Landlord, or create any lien upon the Premises for any work done or material furnished without the express written consent of Landlord. Any fixtures installed by Resident shall be at Resident's expense; shall be affixed in a manner that will not damage or alter the Premises, the building or adjacent areas; and shall be removed by Resident upon the termination of the Agreement without causing damage to the Premises, the building or adjacent areas. The Resident is required to return the property to the same condition as it was found. In the event the removal of any such fixture or other personal property of Resident causes damage, Landlord may charge Resident the cost paid for the repair of the damage.

Notwithstanding the forgoing, and in accordance with applicable fair housing laws, Landlord will (i) make reasonable accommodations within the context of and/or exceptions to the rules, policies, practices or services provided to Resident, and (ii) in some circumstances will allow Resident to make certain reasonable modifications as required under such laws to give persons with disabilities access to and use of the Premises. In the event that Resident requests any such accommodation or modification, Resident will be required to sign an addendum to this Agreement regarding the approval and implementation of such accommodations or modifications, as well as restoration obligations, if any. Resident shall hold Landlord harmless and indemnify Landlord as to any mechanics lien recordation or proceeding caused by repairs or alterations undertaken by or at the request of Resident or other occupants. Upon vacating the Premises, Resident shall (i) remove all interior and exterior decorations made by Resident or other occupants and restore the Premises to its condition at the beginning of the term of this Agreement, except for ordinary wear and tear, and (ii) insure that the Premises is clean and free of all personal property and trash.

## 23. PETS

Pet ownership is a privilege that may be extended to the Resident. Resident must request and obtain written approval before moving their pet into the Premises. A Pet Addendum must be completed by Resident, either at move-in or immediately after acquiring a new pet and a non-refundable Pet Fee must be paid by Resident to Landlord in accordance with the Pet Addendum. Damage to the Premises is not covered by the pet fee.

Pet owners are responsible for the conduct of their pet at all times. Resident is strictly liable for the entire amount of any injury that the pet causes to a person or any property. Resident agrees to pay any damages caused by any noncompliance with provisions of this paragraph and those outlined in the Pet Addendum and any charges imposed by Landlord to repair the damages. Resident must comply with all applicable laws and adhere to all restrictions, orders and regulations regarding pet ownership as set forth in the Pet Addendum attached hereto, the Resident Guide, by the Installation Commander and Landlord. A non-refundable Pet Fee in the amount of **($150.00)** will be charged to pet owners (see Pet Addendum).

## 24. ADDENDUMS
The following Addenda are hereby included in and made a part of this Agreement:

1. **Mold / Mildew Disclosure – refer to Resident Guide, pages 61-62**
2. **Lead Based Paint Disclosure – refer to Resident Guide, page 63**
3. **Asbestos Disclosure**
4. **Cash Settlement Addendum; Early Lease Termination**
5. **Community Facility Addendum**
6. **Pet Addendum**

In witness thereof, Resident and Landlord have executed this Agreement as a sealed instrument as of the date first herein written.

Resident Name: Jason Thompson                  Date: 27 Mar 15

Resident Signature: _____  Date: 27 Mar 15

Landlord: Campbell Crossing LLC                Date: 27 Mar 15

By (Agent/Rep.): _____   Date: 27 Mar 15

Its (Title): RSC          (As Agent, not individually)

Campbell Crossing LLC Residential Lease Agreement
Building 850 Georgia Avenue, Fort Campbell, KY 42223     Telephone: 931.431.9003     www.campbellcrossingllc.com

10