**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**
**CASE NO. 5:16-CV-169-TBR**


JASON THOMPSON, *et al.*                                        PLAINTIFFS

V.

CAMPBELL CROSSING, LLC, *et al.*                              DEFENDANTS


## *ORDER OF DISMISSAL*


The Court has been informed that a settlement has been reached.

**IT IS ORDERED** that said action is **DISMISSED** from the docket.  If settlement is not concluded within 45 days any party may move to have the case reinstated on the docket.




cc: Counsel