CASE NO. 17-P-175

CHRISTIAN DISTRICT COURT
DIVISION NO. ___

IN RE: ESTATE OF JOSHUA THOMPSON, A MINOR
UNDER THE AGE OF EIGHTEEN

**ORDER
AND APPOINTMENT OF CO-GUARDIANS/CONSERVATORS
FOR MINOR**

The Petitioners herein, Jason Thompson and Michaela Thompson, of 8403 Dennard Street, Apt. B, Fort Campbell, Kentucky, having filed their Verified Petition for Appointment of Co-Guardians/Conservators for Minor, and having tendered a document dated the March 29, 2017, and the Court being sufficiently advised,

IT IS THEREFORE ORDERED AND ADJUDGED AS FOLLOWS:

The Petitioners, Jason Thompson and Michaela Thompson, having petitioned to be Appointed of Co-Guardians/Conservators for Joshua Thompson, a minor, and it appearing to the Court that the petitioner are true and correct. The Court concludes that the petitioners, are qualified to act as fiduciaries for Joshua Thompson, a minor;

**NOW THEREFORE, IT IS HEREBY FURTHER ORDERED AND ADJUDGED** that Jason Thompson and Michaela Thompson be and are hereby appointed Co-Guardians/Conservators of the minor, Joshua Thompson, and said fiduciaries are directed to make bond without surety in the amount of $ 15,000 .

Whereupon the oath to well and truly perform the fiduciary duties was administered to the Co-Guardians/Conservators, Jason Thompson and Michaela Thompson, and they are hereby directed to enter upon the performance of their duties.

1 | Page

NOW THEREFORE, IT IS HEREBY FURTHER ORDERED AND ADJUDGED that Co-Guardians/Conservators, Jason Thompson and Michaela Thompson, may compromise the minor's claim in the amount of _____, and that there signing of the release in favor of Campbell Crossing, LLC is approved and verified by this Court. They should be under a duty to spend the funds for the benefit of the minor.

IT IS SO ORDERED, this 6 day of June, 2017.

_____
JUDGE, CHRISTIAN DISTRICT COURT
DIVISION NO. ___

TENDERED BY:

Harlan E. Judd & Associates, PSC
P.O. Box 51093
Bowling Green, Kentucky 42103
Telephone: 270.904.4141

BY: _____
HARLAN E. JUDD, III

As Clerk of the Christian Circuit/District Court, I do certify that this is a true and correct copy of the original entered of record in my office in Christian County, Kentucky this 6-5-17
Gary J. Haddock, Christian Circuit Clerk
By: _____ D.C.

CASE NO. 17-P-175

CHRISTIAN DISTRICT COURT
DIVISION NO. ___

IN RE: ESTATE OF JOSHUA THOMPSON, A MINOR
UNDER THE AGE OF EIGHTEEN

## ORDER
## AND APPOINTMENT OF CO-GUARDIANS/CONSERVATORS
## FOR MINOR

The Petitioners herein, Jason Thompson and Michaela Thompson, of 8403 Dennard Street, Apt. B, Fort Campbell, Kentucky, having filed their Verified Petition for Appointment of Co-Guardians/Conservators for Minor, and having tendered a document dated the March 29, 2017, and the Court being sufficiently advised,

IT IS THEREFORE ORDERED AND ADJUDGED AS FOLLOWS:

The Petitioners, Jason Thompson and Michaela Thompson, having petitioned to be Appointed of Co-Guardians/Conservators for Joshua Thompson, a minor, and it appearing to the Court that the petitioner are true and correct. The Court concludes that the petitioners, are qualified to act as fiduciaries for Joshua Thompson, a minor;

**NOW THEREFORE, IT IS HEREBY FURTHER ORDERED AND ADJUDGED** that Jason Thompson and Michaela Thompson be and are hereby appointed Co-Guardians/Conservators of the minor, Joshua Thompson, and said fiduciaries are directed to make bond without surety in the amount of $ 15,000.

Whereupon the oath to well and truly perform the fiduciary duties was administered to the Co-Guardians/Conservators, Jason Thompson and Michaela Thompson, and they are hereby directed to enter upon the performance of their duties.

1 | Page

NOW THEREFORE, IT IS HEREBY FURTHER ORDERED AND ADJUDGED that Co-Guardians/Conservators, Jason Thompson and Michaela Thompson, may compromise the minor's claim in the amount of _____, and that there signing of the release in favor of Campbell Crossing, LLC is approved and verified by this Court. They should be under a duty to spend the funds for the benefit of the minor.

IT IS SO ORDERED, this 5 day of June, 2017.

_____
JUDGE, CHRISTIAN DISTRICT COURT
DIVISION NO. ___

TENDERED BY:

Harlan E. Judd & Associates, PSC
P.O. Box 51093
Bowling Green, Kentucky 42103
Telephone: 270.904.4141

BY: _____
HARLAN E. JUDD, III

As Clerk of the Christian Circuit/District Court, I do certify that this is a true and correct copy of the original entered of record in my office in Christian County, Kentucky this 6-5-17
Gary J. Haddock, Christian Circuit Clerk
By: _____ D.C.



COMMONWEALTH OF KENTUCKY
CHRISTIAN DISTRICT COURT
CASE NO. 17-P-00175

IN RE: ESTATE OF JOSHUA THOMPSON, A MINOR
UNDER THE AGE OF EIGHTEEN

**ORDER**

\* \* \* \* \*

Upon Motion of Larry D. Ashlock, Esq., attorney for the minor, Joshua Thompson, and the undersigned having reviewed the record and being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Larry D. Ashlock, Esq., shall take an attorney fee of 25% from the proceeds of the settlement as well as monies for case expenses advanced on behalf the Minor's case with an accounting to be provided to the Conservator.

This the 5 day of June 2016.

_____
JUDGE
CHRISTIAN DISTRICT COURT

Tendered by:

_____
Larry D. Ashlock, Esq.

