UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

| | |
|---|---|
| JASON THOMPSON;<br>MICHAELA THOMPSON; AND<br>J. T., by and through his parent<br>and next Friend, Jason Thompson,<br><br>PLAINTIFFS<br><br>VS.<br><br>CAMPBELL CROSSING, LLC; AND,<br>WINN COMPANIES, LLC,<br><br>DEFENDANTS | CASE NO: 5:16-CV-00169-TBR |

## AGREED ORDER OF DISMISSAL AS SETTLED

THIS MATTER having come before the Court upon the agreement of the parties, as is evidenced by respective counsels' signatures being affixed hereto below, the Court noting that both parties agree that this matter should be dismissed as settled, and the Court being otherwise thoroughly and sufficiently advised;

IT IS THEREFORE ORDERED AND ADJUDGED that the Complaint of the Plaintiffs, Jason Thompson, Michaela Thompson and J.T. Thompson, a minor, by and through his parents and Next Friends, Jason Thompson and Michaela Thompson, is dismissed with prejudice, as settled. Defendants, Campbell Crossing, LLC. and Winn Companies, LLC., are released and discharged from any liability for all claims made, or which might have been made. Each party shall be responsible for its own costs.

IT IS SO ORDERED.